Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1419 | **DATE** | 4/24/2001 |
| **CASE TITLE** | Howard Communications vs. Golf Gifts and Gallery, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Unless Golf Gifts files an appropriate amendment to its Answer in this Court's chambers on or before May 3, 2001 that provides adequate notice of the claimed predicate for any laches or estoppel defense AD 9 and AD 4 will be stricken.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | APR 25 2001 date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 4/24/2001 date mailed notice | |
| SN | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD COMMUNICATIONS LTD., )
)
Plaintiff, )
)
v. ) No. 01 C 1419
)
GOLF GIFTS AND GALLERY, INC., )
)
Defendant. )

MEMORANDUM OPINION AND ORDER

Golf Gifts and Gallery, Inc. ("Golf Gifts") has filed its Answer, Affirmative Defenses ("ADs") and Counterclaims to the Complaint brought against it by Howard Communications Ltd. ("Howard"). This memorandum order is issued sua sponte to call for correction of some flaws in that responsive pleading.

To begin with, Golf Gifts' admission of all of Howard's allegations in Complaint ¶1 is coupled with a meaningless denial of "all remaining allegations of paragraph 1." That second sentence of Answer ¶1 is stricken.

Next, several of Golf Gifts' claimed ADs misperceive that concept--see App. ¶5 of State Farm v. Riley, 2001 WL 185486. Here are the problematic ADs:

    1. AD 1 is simply wrong when Howard's allegations are taken at face value (as they must be for this purpose). AD 1 is stricken.

    2. AD 2 is at odds with Complaint ¶10 and is also stricken.

3. AD 3 is belied by Complaint ¶¶14 and 15. It too is stricken.

4. AD 4 is flawed because it does not explain what assertedly indispensable parties are missing. Absent a supplementary submission explaining the claimed deficiency, to be filed in this Court's chambers on or before May 3, 2001, that AD will also be stricken.

5. AD 5 is in direct conflict with Complaint ¶13. It is also stricken.

6. ADs 7 and 8 betray a mistakenly expansive notion of the Rule 9(b) requirement of particularity (see Leatherman v. Tarrant Cty. Narcotics Intelligence & Coordination Unit, 507 U.S. 163, 168 (1993)). They too are stricken.

7. AD 9 cannot stand because of *its* lack of particularity--it is wholly uninformative. Unless Golf Gifts files an appropriate amendment to its Answer in this Court's chambers on or before the same May 3 date that provides adequate notice of the claimed predicate for any laches or estoppel defense, it too will be stricken.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 24, 2001

2